IH-14

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

against

_Aleksander Lipkin_

(Alias) _Alex_

_07 Cr. 1054 . RPP-3_

DOCKET NO. ASSIGNED
JUDGE OR MAGISTRATE JUDGE

Please PRINT Clearly

**NOTICE OF**

**APPEARANCE**

TO:    **CLERK OF COURT S.D.N.Y.**

SIR:    YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE
ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS  (Please check one)

1. [  ]  CJA    2. [X]  RETAINED    3. [  ]  PUBLIC DEFENDER (Legal Aid)

ADMITTED TO PRACTICE IN THIS COURT  [   ] NO    [X] YES - IF YES GIVE YOUR DATE OF
ADMISSION. MO. _12_  YR. _1964_ ,

I DO HEREBY CERTIFY THAT I HAVE FILED OR WILL FILE A CERTIFICATE OF GOOD STANDING
FROM THE_____ STATE COURT. PURSUANT TO CRIMINAL RULE 1 OF THE
LOCAL RULES  FOR THE SOUTHERN  AND EASTERN DISTRICTS OF NEW YORK.

DATED: NEW YORK,  NEW YORK

_12/4/07_

SIGNATURE _Murray Richman (bs)_

PRINT THE FOLLOWING INFORMATION CLEARLY

_Alex Lipkin_

Attorney for Defendant

_LAW OFFICES of MURRAY RICHMAN_

Firm name if any

_2027 Williamsbridge Road_

Street address

_Bronx_    _NY_    _10461_

City    State    Zip

_718 - 892 - 8588_

Telephone No

NOTE:  PLEASE COMPLETE THIS NOTICE OF APPEARANCE AND SUBMIT TO THE CLERK.
SNY CR. FORM REV. 0186