**LARUSSO & CONWAY**
**ATTORNEYS AT LAW**
**300 OLD COUNTRY ROAD**
**SUITE 341**
**MINEOLA, NEW YORK 11501**
Telephone No. (516) 248-3520
Fax No. (516) 248-3522


May 5, 2008

Hon. Robert P. Patterson
United States District Judge
United States District Court
500 Pearl Street
New York, N.Y. 110007


          Re: United States v. Maurice McDowall
                Magistrate Docket No. CR-07-1054(RPP)


Dear Judge Patterson:

        This letter is respectfully submitted to request
that the above mentioned status conference currently
scheduled for Monday May 5, 2008 be rescheduled to
Wednesday May 7, 2008 at 5:00 p.m.



                              Sincerely,


                              _____
                              Joseph R. Conway, Esq.



cc: AUSA Katherine Rachel Goldstein