



RECEIVED
MAY -5 2008
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

*Law Offices of*
# GAIL A. ADAMS, P.C. & JOHN L. SAMPSON, ESQ.

*1140 East 92 Street, Suite 1, Brooklyn, New York 11236*
*Phone: (718) 272-8470/ Fax: (718) 272-8474*

<u>VIA FACSIMILE: 212-8057917</u>

May 5, 2008

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/6/08
```

Honorable Robert P. Patterson
United States District Judge
500 Pearl Street, Room 2550
New York NY 10007

  Re: <u>Docket #1:07-cr-01054-RPP</u> *U.S. v. Andrea Moore*

Honorable Court:

Please be advised that this office represents Andrea Moore in the above referenced matter which was originally scheduled for May 5, 2008 at 4:00 P.M. However, at approximately 12:00 P.M., we received a telephone call from Assistant US Attorney Katie Goldstein that the matter has been rescheduled for tomorrow Tuesday May 6, at 4:00 PM. Subsequently, we also received a telephone call from Robert, the Judge's court attorney indicating that two (2) defense counsels are unable to appear on May 6, 2008. Senator Sampson, counsel to Andrea Moore, is also unable to appear on May 6, 2008 as he has to be present in Albany on his legislative duties.

On behalf of Senator Sampson, we request that this case be adjourned to May 7, 2008, May 8, 2008 or May 9, 2008.

Should you have any questions and or concerns, please do not hesitate to contact our office.

Thank you for your consideration and anticipated cooperation in this matter.

Very truly yours,

Melvina I. Grifith
Office Manager for,
John L. Sampson, Esq.

:mig

*[Handwritten:]* Application granted. Conference adjourned to 5/7/08 at 5 PM.

So ordered
Robt P Patterson
USDJ
5/6/08