UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

               V.

ANDREA MOORE,
               Defendant.

07 CR 1054(RPP)

ORDER

**ROBERT P. PATTERSON, JR., U.S.D.J.**

      **IT IS SO ORDERED** that the bench warrant issued on May 30, 2008, is withdrawn.

Dated: June 4, 2008
       New York, New York

**SO ORDERED.**

_____
ROBERT P. PATTERSON, JR.
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/4/08