

R E C E I V E
JUN 1 3 2008
CHAMBERS OF
JUDGE ROBERT P PATTERSON



*Law Offices of*
**JOHN L. SAMPSON, ESQ.**

*1140 East 92ᵈ Street, Suite 1, Brooklyn, New York 11236*
*Phone: (718) 272-8470/ Fax: (718) 272-8474*

June 13, 2008

Honorable Richard P. Patterson
United States District Court
500 Pearl Street, Room 2550
New York, NY 10007
Fax: (212) 805-7917

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/13/08

## MEMO ENDORSED

### RE: United States v. Maurice McDowall, et al.
07 Cr.1054 (RPP)

Dear Judge Patterson:

The Court had previously set a Trial date for Wednesday June 18, 2008 at 9:30 a.m. I am hereby requesting an adjournment for my Client, Ms. Andrea Moore, to retain new counsel. As you are aware there is a conflict of interest in my continued representation of her in his matter. Ms. Moore has consulted with an attorney, Mr. Reicht, and will retain his services for the remainder of this matter. However, she needs some additional time to do so as well as for new counsel to become familiar with the facts of this case in order to efficiently represent her.

I am therefore, requesting an adjournment until June 30, 2008 at 9:30 a.m. for trial. Thank you for your consideration in this matter.

Very truly yours,

John L. Sampson, Esq.
JLS: mig

Application Denied
New counsel is to appear on
court on June 17 2008 at 9AM
as scheduled
So ordered
Robert P Patterson
USDJ
6/13/08

cc:     Assistant United States Attorney, Katherine Goldstein
        All defense counsel