

*Law Offices of*
# JOHN L. SAMPSON, ESQ



RECEIVED JUN 16 2008 CHAMBERS OF JUDGE ROBERT P. PATTERSON

1140 East 92nd Street, Suite 1, Brooklyn, New York 11236
Phone: (718) 272-8470/ Fax: (718) 272-8474

## MEMO ENDORSED

June 16, 2008

Honorable Richard P. Patterson
United States District Court
500 Pearl Street, Room 2550
New York, NY 10007
Fax: (212) 805-7917

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/17/08

RE: United States v. Maurice McDowall, et al.
07 Cr.1054 (RPP)

Dear Judge Patterson:

Please be advised that I will appear at tomorrow's conference at 4:00 PM. Due to my client's financial hardship, I am requesting that her appearance be waived. In order for Ms. Moore to secure her appearance tomorrow it would cost in excess of $1,000.00, thus I am asking that she appear via phone. At this conference, I will give a status update of the retention of her new counsel.

Thank you for your consideration in this matter.

Very truly yours,

John L. Sampson, Esq.
JLS: mig

cc: Assistant United States Attorney, Katherine Goldstein
All defense counsel

*[Handwritten endorsement: Defendant Moore must be present. Application Denied. So ordered. R.P.Patterson USDJ 6/16/08]*