

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/19/08
```

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 15, 2008



**BY FACSIMILE**
Honorable Robert P. Patterson
United States District Court
500 Pearl Street, Room 2550
New York, NY 10007
Fax: (212) 805-7917

    Re:    United States v. Andrea Moore, et al.
           07 Cr. 1054 (RPP)

Dear Judge Patterson:

    The Government respectfully submits this letter to request that the Court exclude time under the Speedy Trial Act in the above-captioned matter from today, August 15, 2008 until October 20, 2008, when the trial in this case is scheduled to begin. The exclusion of time is necessary to permit defense counsel to obtain and review the discovery in this matter, and to engage in any plea discussions with the Government.

    Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By:   *Katherine Goldstein*
Katherine R. Goldstein
Jonathan B. New
Assistant United States Attorneys
(212) 637-1049/2641

cc:    John Reich, Esq.
       Christopher Chang, Esq.

*Application granted.*
*So ordered.*
*RPPatterson U.S.D.J.*
*8/18/08*

TOTAL P.002